COOLEY LLP
TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
LAURA ELLIOTT (286702)
(lelliott@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ARIANA E. BUSTOS (345918)
(abustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90007-1560
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MURPHY, DAMIEN UHL, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a Delaware corporation<br><br>Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**DECLARATION OF RONITA CAMARENA IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: October 17, 2024<br>Time: 2 p.m.<br>Courtroom: 14A<br>Judge: Hon. Todd Robinson<br>**TRIAL DATE: NOT YET SET** |

I, Ronita Camarena, declare and state as follows:

1. I am a Litigation Paralegal at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to and track Roblox's Robux purchase processes as well as Roblox account holder's records and account sign-in and sign-up flows. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox's Motion to Compel Arbitration, filed concurrently herewith.

3. I have reviewed what I understand to be the Fourth Amended Class Action Complaint for Damages ("4AC") filed by Plaintiffs Katherine Murphy and Damien Uhl ("Plaintiffs") on August 14, 2024. *See* ECF No. 53. I understand that this litigation involves Plaintiffs' allegations about Roblox's statements regarding its platform. I understand that Plaintiffs allege that they purchased Robux on Roblox's platform on unspecified dates.

4. Roblox operates an online platform ("the Roblox Platform") that hosts a virtual universe where users can create virtual games and experiences, connect with other users to enjoy user-created games and user-created virtual experiences, and use virtual apparel and other content created by themselves and other users.

5. Robux is a virtual currency that can be used on the Roblox Platform to acquire virtual items and gain access to virtual experiences.

6. I understand based on my review of an August 16, 2024 email from Plaintiffs' counsel that Katherine Murphy alleges that her child has at least one

active Roblox account and that Damien Uhl alleges that his child has at least one active Roblox account. I further understand that, according to Plaintiffs, the Roblox accounts used by their children are associated with usernames that subsequent investigation has revealed were connected to accounts created on December 19, 2020 (for Plaintiff Murphy) ("2020 Murphy Account") and November 7, 2018 (for Plaintiff Uhl) ("Uhl Account").

7. I have reviewed the Roblox account information and records associated with the 2020 Murphy Account and Uhl Account that are kept in the ordinary course of business (the "Records").

**Plaintiffs' Agreement to Roblox's Terms of Use Through Repeated Purchases.**

8. Included in the Records is information related to when Plaintiffs acquired Robux on the Roblox platform.

9. From at least late 2022 to the present, a user, whether purchasing through a mobile app or with credit card is provided with various notifications and disclosures regarding a purchase of Robux prior to, during, and after a user is charged for the transaction.

10. From at least late 2022 to the present, to purchase Robux –whether in a one-time purchase or via its Premium membership subscription – a user must first navigate to the Buy Robux page. The following disclosure – applicable to both one-time and Premium purchases – appears at the bottom of the Buy Robux page: "When you buy Robux you receive only a limited, non-refundable, non-transferable, revocable license to use Robux, which has no value in real currency. By selecting the Premium subscription package, (1) you agree that you are over 18 and that you authorize us to charge your account every month until you cancel the subscription, and (2) you represent that you understand and agree to the Terms of Use, which includes an agreement to arbitrate any dispute between you and Roblox, and Privacy Policy. You can cancel at any time by clicking 'Cancel subscription' on the billing

tab of the setting page. If you cancel, you will still be charged for the current billing period. See Terms of Use for other limitations."

11. From January 2023 to the present, for purchases made on a web browser, upon selection of the desired package, the user is shown a Payment Method selection page on which the (i) name of the chosen package and (ii) its cost are prominently displayed. Payments for one-time purchases of Robux were processed by Stripe. For credit/debit card payments, the user was presented with several prominent disclosures prior to inputting his/her billing information. Disclosures related to the Stripe buy flow are as follows:

12. On the left side of the screen, the user is shown (i) the purchase price (in bold), (ii) the selected item, (iii) the quantity, (iv) the subtotal (before tax), (v) the tax (if the user enters their address), and (vi) the total amount due. Additionally, the user is told the transaction is "powered by Stripe" and is presented with clear and conspicuous links to (a) the legal Terms and (b) the Privacy Policy that govern the transaction.

13. On the right side of the screen, in close proximity to the large green "Pay" button the user must click to complete the purchase, the following disclosure currently appears: "By submitting payment information you acknowledge that you are at least 18 years old, and that you agree to Roblox Terms and Privacy Policy, including the arbitration clause and revocation policy." The words "Roblox Terms" were bolded blue text that linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




14. From at least late 2022 to the present, for purchases made on a mobile device, the user is presented with disclosures that are similar to those in a web browser. On the initial screen, the following disclosure appears at the top of the screen: "By purchasing Robux, you agree to our Terms of Use and Privacy Policy, including the arbitration clause and revocation policy. You consent to the immediate performance of the contract and acknowledge that you thereby lose your right of withdrawal." The words "Terms of Use" are bolded and underlined; they are linked to the then-current Roblox Terms. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




15. If the user has a payment method stored on their mobile device through either Apple Pay or Google Pay, once the user selects the package desired, a pop-up window corresponding to the payment method appears at the bottom of the screen. The window lists (i) the package chosen; (ii) that it is an "in-app purchase"; (iii) the price of the package; and (iv) asks for the user to provide affirmative consent for the charge by double clicking the side button. Once the user confirms the charge, another pop-up window appears confirming that the purchase was successful. I attest that the below is a true and accurate screenshot of the aforementioned disclosure:




*Apple*




*Android*

16. Roblox records show various purchases by both Plaintiffs Murphy and Uhl.

17. For Plaintiff Murphy, these purchases included numerous purchases made through the Apple AppStore via a mobile app. As a few examples, Plaintiff Murphy made purchases in this manner on July 30, 2024; June 28, 2024; March 28, 2024; February 19, 2024; February 7, 2024; and December 13, 2023.

18. Plaintiff Uhl likewise purchased Robux through the Apple AppStore via a mobile app on July 12, 2024 and September 8, 2023.

19. Plaintiff Uhl also made four purchases using a credit card associated with the email address [redacted] on December 10, 2023; December 3, 2023; November 20, 2023; and August 3, 2023.

**Plaintiff Murphy's Agreement to Roblox's Terms of Use Through Account Creation and Continued Use.**

20. The email address [redacted] is associated with four accounts: the 2020 Murphy Account, as well as three additional accounts created on January 5, 2021 ("2021 Murphy Account"), January 16, 2022 ("2022 Murphy Account"), and March 19, 2023 ("2023 Murphy Account"), respectively.

21. There are no records of an account created in July of 2019 associated with the username that Plaintiff Murphy provided. However, with the username she provided, I was able to determine that the account mentioned in the 4AC is the 2020 Murphy Account.

22. In creating each of these accounts, Plaintiff Murphy would have had to enter information including a username and password and clicked a button reading, "Sign Up."

23. The sign-up flow has remained substantially the same throughout the creation of the four Murphy Roblox accounts, each of which includes explicit notice of the arbitration provisions therein.

24. The sign-in flow bears a strong resemblance to the checkout flow, where notice was above "Sign Up" button, links were blue text, flow was clear and uncluttered, and notice contained explicit advisement of the act that would manifest assent.

25. Immediately above the "Sign Up" button was the following text, prominently featured in white font on a gray background: "By clicking Sign Up, you are agreeing to the Terms of Use including the arbitration clause . . ."

26. The blue, underlined words, "Terms of Use," linked to the terms then in effect.

27. I attest that the below is a true and accurate screenshot of the aforementioned sign-up flow:




28. Roblox periodically updates its Terms of Use. Users are notified of each of these updates via a pop-up notice displayed when the user accesses the Roblox platform. That notice includes a bolded hyperlink to the updated Terms and requires users to click to accept the new Terms in order to continue using the platform.

29. Roblox notified users of its August 2023 Terms via both on-platform blocker cards requiring affirmative acceptance and via an on-platform message sent directly to every user's "Messages" page within their personal accounts one month prior to the effective date.

30. The message was delivered one month prior to becoming effective and its delivery was emphasized with a jewel notification on users' personal "Messages" pages.

31. This message expressly stated that "[i]f you do not agree, you can close your Roblox account(s) before these updates go into effect." I attest that the below

is a true and accurate depiction of the text included in the aforementioned disclosure:

Subject: Updates to Roblox Terms of Use

Hello!

Today we are sharing planned updates to our Terms of Use and Privacy Policy. You can review the updated Terms of Use here and the Privacy Policy here. Beginning on August 1, 2023, you - or if you are a minor, your parent/guardian - will need to agree to the updated Terms of Use in order to continue using Roblox.

Please take some time to review these important legal documents, and if you are a minor, share them with your parent/guardian. If you do not agree, you can close your Roblox account(s) before these updates go into effect.

Thank you,
The Roblox Team

32. Following this notice, none of the multiple accounts linked to Plaintiff Murphy were closed. Further, although Roblox's August 2023 Terms permit users to opt out of the arbitration agreement, Roblox has no record showing that either Plaintiff did so.s

33. At least three of the accounts linked to Plaintiff Murphy continued to be not only accessed on at least 52 separate occasions, but actively used, after the July 2023 notice, including for on-platform purchases of Robux and other premium subscriptions totaling over $700 to date.

**Terms of Use**

34. I attest that Exhibit A is a true and accurate copy of Roblox's Terms of Use effective on August 1, 2023.

35. I attest that Exhibit B is a true and accurate copy of Roblox's Terms of Use effective on December 19, 2020.

36. I attest that Exhibit C is a true and accurate copy of Roblox's Terms of Use effective on January 5, 2021.

37. I attest that Exhibit D is a true and accurate copy of Roblox's Terms of Use effective on January 16, 2022.

38. I attest that Exhibit E is a true and accurate copy of Roblox's Terms of Use effective on January March 19, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2024

By: [signature]
Ronita Camarena