COOLEY LLP
TIANA DEMAS (admitted *pro hac vice*)
(tdemas@cooley.com)
LAURA ELLIOTT (286702)
(lelliott@cooley.com)
KEVIN T. CARLSON (admitted *pro hac vice*)
(ktcarlson@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

KYLE C. WONG (224021)
(kwong@cooley.com)
Three Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415-693-2020

ARIANA E. BUSTOS (345918)
(abustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MURPHY, DAMIEN UHL, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a Delaware corporation<br><br>Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**DECLARATION OF LAURA ELLIOTT IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

I, Laura Elliott, declare and state as follows:

1. I am an attorney with Cooley LLP, counsel for Defendant Roblox Corporation ("Roblox"). I submit this declaration in support of Roblox's Motion to Compel Arbitration. I make this declaration based on my personal knowledge and, if called as witness, I could and would testify competently to the matters stated herein.

2. On September 11, 2023, I emailed Plaintiffs' counsel and requested the Roblox usernames for Katherine Murphy and Monique Payan, the Plaintiffs who were then-identified as named Plaintiffs in the original complaint in this action.

3. On September 12, 2023, Plaintiffs' counsel responded to my email and informed me that they were "gathering the usernames which Ms. Murphy and Ms. Payan purchased Robux for" and would "forward that information as soon as possible."

4. On October 4, 2023, after multiple follow-up emails, Plaintiffs' counsel informed me that their "position [wa]s that any requests for information on [their] clients should be made through code discovery." A true and correct copy of this email exchange is attached hereto as Exhibit A.

5. On August 16, 2024, I emailed Plaintiffs' counsel again and requested Plaintiffs' Roblox usernames. The same day, Plaintiffs' counsel responded by providing two usernames associated with the accounts of Plaintiffs' children, including the minor child of Plaintiff Damien Uhl. A true and correct copy of this email exchange is attached hereto as Exhibit B.

6. On August 22, 2024, I emailed Plaintiffs' counsel and sought their agreement to continue the deadline for Roblox's response to the Fourth Amended Class Action Complaint pending resolution of Roblox's Motion to Compel Arbitration to conserve judicial and party resources. Plaintiffs' counsel responded and indicated that they would oppose any continuance. A true and correct copy of this email exchange is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2024 COOLEY LLP

By: *_/s/ Laura Elliott_*
Laura Elliott