# EXHIBIT A

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Wednesday, October 4, 2023 1:19 PM
**To:** Elliott, Laura; Sean Higgins; Ryan McIntosh; awalsh@alexwalshlaw.com; smartin@alexwalshlaw.com
**Cc:** Wong, Kyle; Demas, Tiana
**Subject:** RE: Murphy, et al. v. Roblox Corporation - Roblox User Names

**[External]**

Laura,

Thanks for following up. We filed an amended complaint on Monday and your client should be receiving service shortly. Our position is that any requests for information on our clients should be made through code discovery. We look forward to a productive relationship working with you on this matter.

Best,

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rsiko@andrewsthornton.com
Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
Thank you.

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Tuesday, October 3, 2023 7:30 AM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Sean Higgins <shiggins@andrewsthornton.com>; Ryan McIntosh <rmcintosh@andrewsthornton.com>; awalsh@alexwalshlaw.com; smartin@alexwalshlaw.com
**Cc:** Wong, Kyle <kwong@cooley.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy, et al. v. Roblox Corporation - Roblox User Names

Hi Rob –

Following up on this again. Please let us know when we can expect to hear from you.

Best,

Laura

---

**From:** Elliott, Laura
**Sent:** Monday, September 25, 2023 1:28 PM
**To:** 'Rob Siko' <rsiko@andrewsthornton.com>; Sean Higgins <shiggins@andrewsthornton.com>; Ryan McIntosh <rmcintosh@andrewsthornton.com>; awalsh@alexwalshlaw.com; smartin@alexwalshlaw.com
**Cc:** Wong, Kyle <kwong@cooley.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy, et al. v. Roblox Corporation - Roblox User Names

Hi Rob –

Just following up on the below.

Best,
Laura

---

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Tuesday, September 12, 2023 12:39 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Sean Higgins <shiggins@andrewsthornton.com>; Ryan McIntosh <rmcintosh@andrewsthornton.com>; awalsh@alexwalshlaw.com; smartin@alexwalshlaw.com
**Cc:** Wong, Kyle <kwong@cooley.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy, et al. v. Roblox Corporation - Roblox User Names

**[External]**

---

Laura,

Thank you for your email. Yes, we represent Katherine Murphy and Monique Payan on this matter. We are gathering the usernames which Ms. Murphy and Ms. Payan purchased Robux for and will forward that information as soon as possible.

Best,

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rsiko@andrewsthornton.com
Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
Thank you.

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Monday, September 11, 2023 7:10 AM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Andrews Thornton <aandrews@andrewsthornton.com>; Sean Higgins <shiggins@andrewsthornton.com>; Ryan McIntosh <rmcintosh@andrewsthornton.com>; awalsh@alexwalshlaw.com; smartin@alexwalshlaw.com
**Cc:** Wong, Kyle <kwong@cooley.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** Murphy, et al. v. Roblox Corporation - Roblox User Names

Counsel –

We represent Roblox Corporation ("Roblox"), and we write with regard to both the case filed in San Diego Superior Court captioned *Murphy, et al. v. Roblox Corporation*, Case No. 37-2023-00033649-CU-BT-CTL and the attached correspondence from August 7, 2023 purporting to be a "Notice Under California Consumer Legal Remedies Act."

We understand that you represent Katherine Murphy and Monique Payan. In order for us to confirm that Ms. Murphy and Ms. Payan are Roblox users and to assess your request that Roblox refund them for amounts spent on the platform, please send us Ms. Murphy and Ms. Payan's Roblox user names.

We look forward to your prompt response.

Best,
Laura

Laura Elliott
Admitted to practice in California only
Not admitted to practice in Illinois
Cooley LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606-1511
+1 312 881 6673 office
+1 312 881 6598 fax
+1 515 770 2564 mobile
lelliott@cooley.com
Pronouns: she, her hers

www.cooley.com

Cooley is committed to racial justice

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.