# EXHIBIT B

**From:** Zack Bierscheid <zbierscheid@andrewsthornton.com>
**Sent:** Friday, August 16, 2024 3:18 PM
**To:** Elliott, Laura; Alexandra Walsh; Saldaña, Robby L.R.; Rob Siko; Patrick Huyett; Ashley Morales
**Cc:** Demas, Tiana; Wong, Kyle
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

**[External]**

Hello Ms. Elliott,

Our Plaintiffs did not have usernames, as they were the parents of account holders, not account holders themselves. However, if you need their children's usernames they are as follows:

Child of Katherine Murphy: [redacted]

Child of Damien Uhl: [redacted]

Thank you,

Zack Bierscheid
*Associate Attorney*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Office: (949) 748-1000 (ext. 116)
Fax: (949) 315-3540
Email: zbierscheid@andrewsthornton.com
Website: www.andrewsthornton.com

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Friday, August 16, 2024 5:32 AM
**To:** Alexandra Walsh <awalsh@alexwalshlaw.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Zack Bierscheid <zbierscheid@andrewsthornton.com>; Ashley Morales <amorales@alexwalshlaw.com>
**Cc:** Demas, Tiana <tdemas@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

Hi Alex and team –

After further review of the 4AC, we have decided to move to compel arbitration of Plaintiffs' claims pursuant to the arbitration agreement in Roblox's Terms of Use. We will need to conduct some targeted discovery directed to determining the version of Roblox's Terms to which Plaintiffs assented. During our last call, you expressed a desire to keep the case moving forward without unnecessary delay. To that end, if you could provide us with Plaintiffs' usernames by EOD today, we may be able to avoid further discovery or substantial changes to the current briefing schedule. If you'd instead prefer to engage in more formal discovery on this issue, we can coordinate on a timeframe for that and will, in the interim, seek a stay of the rest of the case pending resolution of this issue.

Best,
Laura

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.