# EXHIBIT C

**From:** Alexandra Walsh <awalsh@alexwalshlaw.com>
**Sent:** Thursday, August 22, 2024 2:06 PM
**To:** Elliott, Laura; Zack Bierscheid; Saldaña, Robby L.R.; Rob Siko; Patrick Huyett; Ashley Morales
**Cc:** Demas, Tiana; Wong, Kyle
**Subject:** Re: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

**[External]**

---

Hi Laura,

I've conferred with Zack and the team.

In our view, efficiency would not be served by further delaying litigation of our amended complaint. So we will oppose any motion by Roblox to push its obligation to answer or move to dismiss.

Thanks, Alex

Get Outlook for iOS

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Thursday, August 22, 2024 3:01:31 PM
**To:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>
**Cc:** Demas, Tiana <tdemas@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

Zack and team –

Thank you for sharing the usernames associated with Plaintiffs' children's accounts. We are aiming to filing our motion to compel arbitration on August 28 and will also aim to follow the previously agreed briefing schedule for any opposition to, and reply in support of, that motion.

Given that the motion to compel, if granted, will moot any concurrently filed motion to dismiss. We believe it is most efficient for the parties and the Court to continue the deadline for the motion to dismiss pending a decision on the motion to compel. If you agree, we will prepare a joint motion to continue with the goal of filing today.

Please let us know if you agree.

Best,
Laura

---

**From:** Zack Bierscheid <zbierscheid@andrewsthornton.com>
**Sent:** Friday, August 16, 2024 5:18 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Patrick Huyett <phuyett@alexwalshlaw.com>;

Ashley Morales <amorales@alexwalshlaw.com>
**Cc:** Demas, Tiana <tdemas@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

**[External]**

---

Hello Ms. Elliott,

Our Plaintiffs did not have usernames, as they were the parents of account holders, not account holders themselves. However, if you need their children's usernames they are as follows:

Child of Katherine Murphy: [redacted]
Child of Damien Uhl: [redacted]
Thank you,

Zack Bierscheid
*Associate Attorney*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Office: (949) 748-1000 (ext. 116)
Fax: (949) 315-3540
Email: zbierscheid@andrewsthornton.com
Website: www.andrewsthornton.com

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Friday, August 16, 2024 5:32 AM
**To:** Alexandra Walsh <awalsh@alexwalshlaw.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Zack Bierscheid <zbierscheid@andrewsthornton.com>; Ashley Morales <amorales@alexwalshlaw.com>
**Cc:** Demas, Tiana <tdemas@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.)

Hi Alex and team –

After further review of the 4AC, we have decided to move to compel arbitration of Plaintiffs' claims pursuant to the arbitration agreement in Roblox's Terms of Use. We will need to conduct some targeted discovery directed to

determining the version of Roblox's Terms to which Plaintiffs assented. During our last call, you expressed a desire to keep the case moving forward without unnecessary delay. To that end, if you could provide us with Plaintiffs' usernames by EOD today, we may be able to avoid further discovery or substantial changes to the current briefing schedule. If you'd instead prefer to engage in more formal discovery on this issue, we can coordinate on a timeframe for that and will, in the interim, seek a stay of the rest of the case pending resolution of this issue.

Best,
Laura

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.