UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MURPHY, MONIQUE PAYAN, DAMIEN UHL, and those similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-CV-1940 TWR (BLM)<br><br>**ORDER (1) GRANTING JOINT MOTIONS REGARDING ARBITRATION-RELATED DISCOVERY AND BRIEFING SCHEDULE RE RENEWED MOTION TO COMPEL ARBITRATION, AND (2) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF Nos. 58, 67) |

Presently before the Court are Defendant Roblox Corporation's Motion to Dismiss Plaintiffs' Fourth Amended Class Action Complaint ("MTD," ECF No. 58) and Plaintiffs Katherine Murphy, Monique Payan, and Damien Uhl and Defendant's Joint Motion Regarding Arbitration-Related Discovery and Briefing Schedule re Renewed Motion to Compel Arbitration ("Jt. Mot.," ECF No. 67). Good cause appearing, the Court **GRANTS** the Joint Motion and **DENIES WITHOUT PREJUDICE** Defendant's Motion to Dismiss. As stipulated among the Parties in the Joint Motion, the Court **SETS** the following deadlines:

Plaintiffs **SHALL PROVIDE** updated declarations to Defendant <u>on or before November 25, 2024</u>;

Defendant **SHALL INFORM** Plaintiffs whether a meet and confer is required as to the sufficiency of the updated declarations <u>on or before December 2, 2024</u>;

If necessary, the Parties **SHALL MEET AND CONFER** regarding the sufficiency of the updated declarations and **SHALL INFORM** the Court of any ongoing dispute that cannot be resolved informally by the Parties, including any changes to the proposed briefing schedule below, <u>on or before December 6, 2024</u>;

If the Parties have no discovery dispute requiring Court resolution, Defendant **SHALL FILE** any renewed Motion to Compel Arbitration <u>on or before December 16, 2024</u>;

Plaintiffs **SHALL FILE** a response to any renewed Motion to Compel Arbitration <u>on or before January 6, 2025</u>;

Defendant **MAY FILE** an optional reply in support of any renewed Motion to Compel Arbitration <u>on or before January 21, 2025</u>; and

The Court **SETS** a hearing on any renewed Motion to Compel Arbitration for <u>February 20, 2025, at 1:30 p.m., in Courtroom 14A</u>.  If necessary, a timeline for the refiling of Defendant's Motion to Dismiss will be addressed at the hearing.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
Honorable Todd W. Robinson
United States District Judge