# EXHIBIT 1

| UserID | Username | Product | Unit Price | Currency | Order Created | Sale Status | Recurring Status | Credit Card # | Email | Zip | Provider Subscription ID | Payment Method | SaleID or RecurringScheduleID | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | | Premium 1700 Robux And Item | 19.99 | USD | 07/12/2024 00:21:44 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 2534435048 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 12/10/2023 19:16:37 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 2182912500 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 12/03/2023 19:25:24 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 2174080406 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/20/2023 18:01:50 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 2155288569 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 09/08/2023 22:33:20 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 2057564213 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 08/03/2023 16:19:05 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 2006577821 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 07/12/2023 20:32:19 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 1967034747 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 07/07/2023 17:03:15 UTC | Completed | Not a Subscription | | | | Not a Subscription | StripeCard | 1958700651 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 06/25/2023 22:46:49 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1942092218 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 05/23/2023 13:13:20 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1898712131 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/14/2023 00:50:26 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1888525307 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/14/2023 00:50:12 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1888525146 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/03/2023 18:29:51 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1800158585 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/18/2023 18:48:25 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1784375834 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/28/2023 16:27:18 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1750828005 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/05/2023 19:09:27 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 1722123209 | Payment Review |
| 852627125 | | Roblox Credit Redemption | 25 | USD | 12/27/2022 21:39:56 UTC | Completed | Not a Subscription | | | | Not a Subscription | Credit | 1707322456 | Payment Review |

| UserID | Username | Product | Amount | Currency | Date | Status | Subscription | | | Subscription | Payment Method | Transaction ID | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | 1ava1ava | Roblox Credit Redemption | 50 | USD | 12/25/2022 11:38:31 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 1699827717 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 12/23/2022 20:33:10 UTC | Completed | Not a Subscription | | | Not a Subscription | StripeCard | 1694461880 | Payment Review |
| 852627125 | | Roblox Credit Redemption | 0.02 | USD | 12/20/2022 14:23:12 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 1690068539 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/07/2022 19:46:55 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1640478624 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 10/29/2022 12:31:51 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1627876215 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 10/29/2022 12:31:25 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1627875612 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 10/29/2022 12:30:52 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1627874824 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 10/29/2022 12:30:13 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1627873961 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 10/11/2022 19:59:09 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1608804137 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 10/07/2022 20:19:20 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1603521756 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 09/21/2022 18:35:44 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1585700815 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 09/18/2022 20:12:42 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1581873956 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/02/2022 19:35:14 UTC | Completed | Not a Subscription | | | Not a Subscription | GooglePlayStore | 1557603530 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 07/28/2022 18:52:27 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1499842165 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 07/23/2022 14:59:44 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1492687098 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 07/15/2022 22:40:47 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1480906382 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 07/10/2022 22:15:29 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1474940065 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 07/05/2022 18:06:04 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1468462751 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 06/14/2022 13:12:59 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1443884779 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/18/2022 22:26:15 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1412064472 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/18/2022 22:25:41 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1412064222 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/11/2022 21:47:34 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1403816370 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 05/10/2022 18:02:38 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1402929263 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 05/02/2022 20:03:06 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1394970050 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 04/26/2022 22:53:09 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1388524710 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 04/14/2022 19:51:06 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 1372562569 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 04/14/2022 19:47:41 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 1372558887 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/26/2022 11:33:54 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1351533630 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/15/2022 20:12:36 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1341208931 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/04/2022 23:04:59 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1324327594 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/04/2022 23:02:26 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1324325762 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/23/2022 18:06:09 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1308800138 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/17/2022 20:58:04 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1302204412 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/17/2022 20:57:03 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1302203588 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/13/2022 20:09:32 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1297997476 | Payment Review |

| User ID | | Item | Price | Currency | Date | Status | Subscription | | | Subscription Type | Payment Method | Transaction ID | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/13/2022 20:06:39 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1297994654 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/08/2022 18:22:02 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1291795669 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 02/06/2022 20:30:03 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1289385110 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/18/2022 19:51:54 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 1263863898 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/08/2022 22:46:26 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1252930671 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/08/2022 22:42:58 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1252927590 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 01/01/2022 22:00:28 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1243656414 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 12/27/2021 16:07:56 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1235108812 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 12/12/2021 13:31:59 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1207193513 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 12/07/2021 21:07:12 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1201119100 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 12/06/2021 20:53:23 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1199128260 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/27/2021 20:44:30 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1187311455 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 11/25/2021 12:32:14 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1184307780 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/20/2021 16:41:11 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1178613520 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/08/2021 16:07:04 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1166654182 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/08/2021 16:06:14 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1166653588 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/06/2021 16:36:57 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1163827019 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 10/09/2021 21:11:28 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1132370460 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 10/09/2021 21:10:34 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1132369531 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/25/2021 11:43:49 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1116649764 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/18/2021 19:20:40 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1110244413 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/14/2021 20:34:06 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1102604870 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/11/2021 17:45:08 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1099209154 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 08/24/2021 16:38:10 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1071887702 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 08/24/2021 16:37:07 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1071886810 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 08/07/2021 12:23:26 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1051439234 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 08/05/2021 23:04:32 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1049694232 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 07/25/2021 20:10:00 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1036673811 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 07/21/2021 14:41:56 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 1031816624 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 07/21/2021 14:41:11 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 1031815871 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 07/12/2021 22:05:51 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1017521863 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 07/05/2021 18:46:09 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1005839969 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 07/01/2021 17:39:41 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 1001332642 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 06/16/2021 11:42:44 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 983002521 | Payment Review |
| 852627125 | | Premium 800 Robux | 10.99 | EUR | 06/08/2021 11:55:27 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 971159445 | Payment Review |
| 852627125 | | Premium 800 Robux | 10.99 | EUR | 06/08/2021 11:54:54 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 971158966 | Payment Review |

| User ID | | Item | Price | Currency | Date | Status | Subscription | | | Type | Payment Method | Transaction ID | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | | Premium 800 Robux | 10.99 | EUR | 05/28/2021 12:54:39 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 957681713 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | EUR | 05/27/2021 18:59:11 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 956959581 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 10.99 | EUR | 05/22/2021 15:15:59 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 951571750 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 10.99 | EUR | 05/18/2021 21:34:43 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 946558162 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 10.99 | EUR | 05/18/2021 19:58:55 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 946479723 | Payment Review |
| 852627125 | | Premium 440 Subscribed | 5.49 | EUR | 05/14/2021 18:59:10 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 941831742 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 05/07/2021 22:13:38 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 934083491 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/30/2021 22:33:34 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 923763531 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/30/2021 16:42:36 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 923270042 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/30/2021 16:41:34 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 923268645 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/27/2021 18:11:52 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 920144394 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/25/2021 17:01:33 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 918219191 | Payment Review |
| 852627125 | | Roblox Premium 2200 | 19.99 | USD | 04/23/2021 17:41:20 UTC | Cancelled | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 869091905 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/22/2021 17:15:20 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 914337943 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/21/2021 16:55:25 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 913009319 | Payment Review |
| 852627125 | | Premium 1870 Subscribed | 19.99 | USD | 04/17/2021 20:59:04 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 908234706 | Payment Review |
| 852627125 | | Premium 1870 Subscribed | 19.99 | USD | 04/17/2021 20:56:03 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 908231736 | Payment Review |
| 852627125 | | Premium 1870 Subscribed | 19.99 | USD | 04/16/2021 17:19:22 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 906428594 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/13/2021 16:57:55 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 901041277 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/13/2021 16:57:13 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 901040606 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/09/2021 22:57:02 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 896664472 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/09/2021 22:55:33 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 896663171 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/08/2021 21:56:46 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 895354648 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/08/2021 21:55:56 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 895354012 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/04/2021 19:00:46 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 884818419 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 04/04/2021 19:00:08 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 884817235 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 03/20/2021 21:59:23 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 866116260 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 03/20/2021 21:58:27 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 866115276 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 03/20/2021 21:55:56 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 866112524 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 03/15/2021 18:11:03 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 857095739 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 02/11/2021 20:54:44 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 814180967 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 02/11/2021 17:03:41 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 813951384 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 01/30/2021 18:27:45 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 799112415 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 01/30/2021 18:24:26 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 799108277 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 01/28/2021 21:28:57 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 796759934 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 01/28/2021 21:28:08 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 796759409 | Payment Review |

| Account | | Item | Price | Currency | Date | Status | Subscription | | | | Sub Status | Payment Method | Transaction ID | Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | | Roblox Premium 2200 | 19.99 | USD | 01/14/2021 20:15:52 UTC | Cancelled | Not a Subscription | | | | Not a Subscription | Vantivtoken | 781564496 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 01/04/2021 21:42:17 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 764375890 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 12/24/2020 18:32:31 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 744020599 | Payment Review |
| 852627125 | | Roblox Premium 2200 | 19.99 | USD | 12/20/2020 16:53:11 UTC | Cancelled | Not a Subscription | | | | Not a Subscription | Vantivtoken | 702320986 | Payment Review |
| 852627125 | | Premium 440 Subscribed | 4.99 | USD | 12/09/2020 18:56:42 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 723144216 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 12/02/2020 19:39:19 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 716205724 | Payment Review |
| 852627125 | | Premium 880 Subscribed | 9.99 | USD | 11/27/2020 18:43:51 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 709767498 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/06/2020 14:45:26 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 690404890 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/06/2020 14:42:40 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 690402267 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/02/2020 18:51:24 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 686517589 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 11/02/2020 14:57:04 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 686330061 | Payment Review |
| 852627125 | | Roblox Credit Redemption | 0.01 | USD | 10/04/2020 19:17:55 UTC | Completed | Not a Subscription | | | | Not a Subscription | Credit | 652808268 | Payment Review |
| 852627125 | | Premium 4500 Robux | 49.99 | USD | 10/03/2020 16:44:49 UTC | Completed | Not a Subscription | | | | Not a Subscription | Credit | 651613652 | Payment Review |
| 852627125 | | Premium 400 Robux | 4.99 | USD | 10/02/2020 16:26:53 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 650455335 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/29/2020 15:27:31 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 647485608 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/29/2020 15:25:46 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 647484571 | Payment Review |
| 852627125 | | Premium 80 Robux | 0.99 | USD | 09/29/2020 15:24:46 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 647483987 | Payment Review |
| 852627125 | | Premium 240 Robux | 2.99 | USD | 09/27/2020 23:16:41 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 646440681 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/27/2020 22:36:50 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 646426190 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/27/2020 22:36:02 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 646425842 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/27/2020 22:34:19 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 646425161 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 09/26/2020 17:45:45 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 645318171 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 09/25/2020 17:17:42 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 644280011 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 09/23/2020 20:48:59 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 643020779 | Payment Review |
| 852627125 | | Premium 1700 Robux | 19.99 | USD | 09/19/2020 00:00:00 UTC | Completed | Not a Subscription | | | | Not a Subscription | XsollaCreditdebitcards | 640037233 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:50:18 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636856455 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:24:53 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636838950 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:21:27 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636836457 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:16:58 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636833227 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:07:22 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636826297 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:03:32 UTC | Cancelled | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636823498 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/15/2020 19:01:01 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636821791 | Payment Review |
| 852627125 | | Roblox Credit Redemption | 0.01 | USD | 09/15/2020 03:31:59 UTC | Completed | Not a Subscription | | | | Not a Subscription | Credit | 636341474 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/14/2020 23:36:08 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 636285205 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/10/2020 18:40:22 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 632443769 | Payment Review |
| 852627125 | | Premium 800 Robux | 9.99 | USD | 09/05/2020 18:49:00 UTC | Completed | Not a Subscription | | | | Not a Subscription | AppleAppStore | 628437983 | Payment Review |

| 852627125 | ▮ | Premium 4500 Robux | 49.99 | USD | 08/24/2020 20:38:34 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 616400721 | Payment Review |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 852627125 | ▮ | Roblox Credit Redemption | 0.08 | USD | 08/23/2020 21:54:16 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 615558071 | Payment Review |
| 852627125 | ▮ | Premium 800 Robux | 9.99 | USD | 08/23/2020 02:40:50 UTC | Completed | Not a Subscription | | | Not a Subscription | AppleAppStore | 614677325 | Payment Review |
| 852627125 | ▮ | Premium 1700 Robux | 19.99 | USD | 07/22/2020 00:00:00 UTC | Completed | Not a Subscription | | | Not a Subscription | XsollaCreditdebitcards | 571906729 | Payment Review |
| 852627125 | ▮ | Premium 800 Robux | 9.99 | USD | 07/13/2020 20:13:39 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 562844837 | Payment Review |
| 852627125 | ▮ | Premium 1700 Robux | 19.99 | USD | 12/25/2019 13:40:21 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 399458767 | Payment Review |
| 852627125 | ▮ | Premium 1700 Robux | 19.99 | USD | 08/20/2019 15:03:58 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 340056264 | Payment Review |
| 852627125 | ▮ | 2000 Robux | 24.95 | USD | 12/26/2018 15:34:17 UTC | Completed | Not a Subscription | | | Not a Subscription | Credit | 257850638 | Payment Review |