# EXHIBIT 5

## ROBLOX

Roblox Support  >  Parents, Safety, and Moderation  >  Legal Documents

🔍 Search our articles

Articles in this section ⌄

# Roblox Dictionary

This Roblox Dictionary contains certain definitions for the capitalized terms used in the Roblox Legal Terms. For the avoidance of doubt, this Roblox Dictionary is intended to be a helpful reference, but in the event of any conflict between the definitions contains in this Roblox Dictionary and those found in the rest of the Roblox Legal Terms, the definitions contained in the Roblox Legal Terms shall govern.

| DEFINED TERMS | DEFINITIONS |
| --- | --- |
| **AAA** | The American Arbitration Association |
| **AAA Rules** | The Consumer Arbitration Rules applied by the AAA. |
| **Account** | The Roblox Account, which Users must create in order to access some elements of the Services. |
| **Affiliated Parties** | Roblox's officers, directors, employees, consultants, affiliates, investors, business partners, subsidiaries and agents. |

| | |
|---|---|
| **Ancillary Use** | Developing, distributing, advertising and otherwise exploiting a TV show, movie, book, website, social media, magazine, or other commercial, non-commercial or educational purpose related to or based on the Service. |
| **App** | The Roblox mobile application. |
| **Asset Toolbox** | The library of UGC and Templates included in Studio and Luobu Studio for use in the creation of user-generated content. Creators are not required to share their UGC, but if they do agree to grant then other users of Studio and Luobu Studio may use that UGC to create their own user-generated content without any obligation to the original Creator. |
| **China Publisher** | Shenzhen Tencent Computer Systems Co., Ltd |
| **Creator Music** | A type of UGC, including sound recordings and musical works (including as embedded in audiovisual works) created by Creator or licensed to Creator. |
| **Creator Terms** | Terms applicable to Creators and cover things like (i) using Roblox Studio, (ii) selling Experiences and Virtual Items, (iii) using music on the Platform, (iv) activities prohibited on the Platform, and (v) more. |
| **Creators** | Users who create and upload and publish UGC (like Virtual Items and Experiences) the Platform and include both amateur and professional developers. |

| | |
|---|---|
| **Developer Exchange Program** or **Dev Ex Program** | An exclusive program through which Roblox allows certain Creators (who have been accepted into the program) to redeem Robux with Roblox for U.S. currency based on an exchange rate and other requirements, policies and limitations that Roblox establishes in its sole discretion. |
| **Dispute** | Any dispute, action, controversy or claim arising out of or relating to any aspect of the User Terms, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal or equitable basis, and regardless of whether a claim arises during or after the termination of these User Terms. |
| **Experiences** | Interactive content (games, events, virtual places) on the Platform that Users can enjoy with others. |
| **Guardian** | The parent or legal guardian of a Minor User. |
| **In-Experience Items** | Virtual Items that Users can acquire within a given Experience and that can only be used in that Experience. This includes things like game passes or special in-experience items or abilities. |
| **Licensed Music** | Sound recordings and musical works that Roblox may make available to Creators for use in their UGC. |
| **Luobu Studio** | The version of Studio operated by Roblox (Shenzhen) Digital Science and Technology Co., Ltd that enables creators in the PRC to create user-generated content to be published on the Platform and/or the Luobulesi Game. |
| **Luobulesi Game** | The version of the Platform operated by Shenzhen Tencent Computer Systems Co., Ltd for users in the PRC. |

| | |
|---|---|
| **Metaverse Items** | Virtual Items that Users can use across the Platform and that can be purchased in an Experience or in the Avatar Shop. This includes things like clothes and other digital items for a User's avatar. |
| **Minor Users** | A User under the under of 18 (or as applicable and to the extent lower, the age of majority in their jurisdiction). |
| **Other Content License** | The license granted by Roblox to Creators to use content that Roblox develops and makes available on the Platform, as set forth in Section 1(a)(iv) of the Creator Terms. |
| **PRC** | The People's Republic of China |
| **Platform** | The platform which Roblox makes available in order to allow Users to play, create and connect. |
| **Privacy Policy** | A policy outlining the terms application to User data and Roblox's use of that data. |
| **Roblox** | The Roblox Corporation. |
| **Roblox Intellectual Property** or **Roblox IP** | The interfaces, graphics, design, information, data, code, products, software, and all other elements of the Services, including the rights therein. |
| **Roblox TM Guidelines** | The Roblox Name and Logo Community Usage Guidelines which form part of the Roblox Terms and which cover the terms and conditions under which Users can use certain Roblox intellectual property. |

| | |
|---|---|
| **Roblox Terms** | Collectively, the User Terms, the Creator Terms, the DevEx Terms, the Roblox Community Standards, the DMCA Guidelines and Policies and the Roblox TM Guidelines. |
| **Robux** | The official currency of the Platform which is used by Users to acquire things, like Virtual Items and access to Experiences, on the Platform. |
| **Robux Allocation** | The breakdown of how Robux generated from the sale of Virtual Items, as set forth in Section 2(c)(ii) of the Creator Terms. |
| **Services** | Collectively, all of the various features and services, like websites, applications, forums and the Platform, which Roblox makes available to Users to allow Users to play, create and connect. |
| **Studio** | A free software tool that allows Creators to create, develop, modify, operate and release 3D experiences and other content on the Platform. The Studio is one of the most important Services made available by Roblox. |
| **Studio License** | The license granted by Roblox to Creators to use the Studio, as set forth in Section 1(a)(ii) of the Creator Terms. |
| **Template License** | The license granted by Roblox to Creators to use the Templates, as set forth in Section 1(a)(iv) of the Creator Terms. |
| **Templates** | A tool made available to Creators by Roblox (generally via the Roblox Studio) which serve as a starting point that Creators can use to more easily create UGC. |
| **Third-Party Services** | Any content, tools or other materials from third parties (i.e. people or companies other than Roblox) that is included as part of, or made |

available through, the Services.

| | |
|---|---|
| **UGC License** | The license that Creators grant to Roblox to use the UGC that Creator uploads or makes available on the Services, as set forth in Section 1(b)(i) of the Creator Terms. |
| **UGC with Licensed Music** | UGC into which Licensed Music has been synchronized and incorporated. |
| **User Generated Content** **or** **UGC** | UGC is content of any kind or nature, whether material, assets, or otherwise, that Users (including but not limited to Creators) upload to, create and publish on, or otherwise generate through or make available on the Services. |
| **User PII** | The personally identifiable information of Users. |
| **User Terms** | Terms applicable to all Users which provide an overview and the associated rules for things like (i) account creation, (ii) using Robux to make purchases, (iii) trading Virtual Items, and (iv) activities prohibited on the Platform. The User Terms also cover some of the more technical legal terms that govern use of the Services, including intellectual property ownership, online safety, disclaimers and other very important legal terms. |
| **Users** | Everyone who uses the Services. |
| **Virtual Items** | Any UGC available on the Services that Users can buy or earn, including game passes, in-game items or abilities, and digital items for avatars. Roblox may, in accordance with its policies and practices, elect not to permit a Virtual Item to be uploaded or published or may remove a Virtual Item from the Platform in its discretion.  The two types of Virtual Items are In-Experience Items and Metaverse Items. |

Last Updated: January 24, 2022

[Need more help? Contact support here.](#)

---

## Was this article helpful?

[Yes] [No]

15249 out of 17979 found this helpful

---

Return to top ↑

---

### Related articles

[Roblox Terms of Use](#)

[Roblox Privacy and Cookie Policy](#)

[Roblox Community Standards](#)

[Roblox Accessibility Statement](#)

[ROBLOX BIOMETRIC PRIVACY NOTICE](#)

---

Roblox Support    Privacy Policy    Accessibility Statement    Terms of Use    English (US) ⌄