COOLEY LLP
TIANA DEMAS (*pro hac vice*)
(tdemas@cooley.com)
LAURA ELLIOTT (286702)
(lelliott@cooley.com)
JAMIE D. ROBERTSON (326003)
(jdrobertson@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598

KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ARIANA E. BUSTOS (345918)
(abustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90007-1560
Telephone: +1 213 561 3250
Facsimile: +1 213 561 3244

Attorneys for Defendant
ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN UHL, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a Delaware corporation<br><br>Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**DECLARATION OF JAMIE D. ROBERTSON IN SUPPORT OF DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION**<br><br>Date:       May 29, 2025<br>Time:       1:30 p.m.<br>Courtroom:  14A<br>**JUDGE:   HON. TODD W. ROBINSON**<br><br>**TRIAL DATE:       NOT YET SET** |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

DECLARATION OF JAMIE D. ROBERTSON ISO
RENEWED MTC ARBITRATION
CASE NO. 23-CV-01940-TWR-BLM

I, Jamie D. Robertson, declare and state as follows:

1. I am an attorney with Cooley LLP, counsel for Defendant Roblox Corporation ("Roblox"). I submit this declaration in support of Roblox's Renewed Motion to Compel Arbitration. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Damien Uhl which I received from Plaintiff's counsel via email on January 9, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Declaration of Damien Uhl which I received from Plaintiff's counsel via email on February 5, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Dated: March 20, 2025

COOLEY LLP

By: */s/ Jamie D. Robertson*
Jamie D. Robertson

Attorney for Defendant
ROBLOX CORPORATION