ANNE ANDREWS (Bar No. 103280)
aandrews@andrewsthornton.com
SEAN T. HIGGINS (Bar No. 266888)
shiggins@andrewsthornton.com
ROBERT S. SIKO (Bar No. 312856)
rsiko@andrewsthornton.com
ZACHERY BIERSCHEID (Bar No. 351647)
zbierscheid@andrewsthornton.com
**ANDREWS & THORNTON**
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Telephone:      (949) 748-1000
Facsimile:       (949) 315-3540

ALEXANDRA WALSH
awalsh@anapolweiss.com
PATRICK HUYETT *(Pro Hac Vice forthcoming)*
phuyett@anapolweiss.com
**ANAPOL WEISS**
14 Ridge Square NW, 3rd Floor
Washington, DC 20036
Telephone:      (202) 780-3014
Facsimile:       (215) 735-2211

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MURPHY, DAMIEN UHL, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**DECLARATION OF DAMIEN UHL** |

I, Damien Uhl, declare and state as follows:

1. I am a named Plaintiff in this litigation against the Roblox Corporation as a parent of a child who has registered an account on the Roblox platform.

2. At the time my child's account was created, it was done so with my permission, and my email address, ████████████, was linked to my child's account.

3. To my knowledge, I have never been emailed a copy of the Roblox Terms of Use, nor have I received any emailed notification of updates made to the Roblox Terms of Use. In addition, my child has never presented me with the Roblox Terms of Use, nor has she sought my permission to assent to the Roblox Terms of Use.

4. At no point in time was I under the impression that I was bound in any way to any version of the Roblox Terms of Use.

5. To my knowledge, I have never received an email from Roblox with a receipt for any purchase made on the Roblox platform, nor have I received any email from Roblox indicating that a purchase had been made on any Roblox account associated with my email address.

6. While there was a point in time that my child accessed the Roblox platform with my permission, prior to the initiation of this litigation that permission was revoked upon learning of inappropriate content, conversations, and materials I witnessed that were present on the Roblox platform.

7. While my permission was granted, my child accessed the Roblox platform from one of two computer tablets that our family owned and occasionally from my wife's mobile telephone device. I no longer have any of these devices in my possession. Both of our family's tablets were damaged and disposed of around October of 2022, and in January of 2023, I switched my wife and my cellular

1 service to a new provider and exchanged my wife's mobile telephone device to
2 upgrade to a newer model. I do not know the IP addresses for any of these devices.
3     8. In the last three years, my family and I have lived at four separate
4 addresses. Until approximately March of 2022, our address was ███████
5 ███████. From March of 2022 to May of 2023, our address
6 was ███████. From May of 2023 to June of
7 2024, our address was ███████. Since June of 2024,
8 our address has been ███████.
9     9. At the ███████ address, my home
10 internet service provider was Valley Internet. At both the ███████,
11 ███████ and ███████ addresses, my home
12 internet service provider was Starlink. I do not know the IP addresses for either the
13 Valley Internet or Starlink home networks.
14     10. At my current address, ███████, my
15 home internet service provider is Comcast and my home IP address is ███████.
16     11. I am not aware of any devices currently in my possession that have
17 been used by my child to access the Roblox platform. My daughter has an Apple
18 iPhone that we allow her to use, and the IP address assigned to that device on my
19 home's internet network is ███████.
20     12. Specifically, in or around June of 2022, I discovered inappropriate
21 communications between my child and an adult individual posing as a young girl
22 named "Jerrica." It was at that time that I revoked my permission for my child to
23 access and play on the Roblox platform.
24     13. In revoking my permission, I had to have delicate and difficult
25 conversations with my child explaining how sometimes people on the internet are
26 not who they say they are. I had to explain that the person she had grown to be
27 friends with was in fact an adult pretending to be a girl her age and that "Jerrica"
28 wasn't real. I also explained to her that some adults can be dangerous and scary

because they have bad intentions even though they act like they are friendly. I explained that she could not play Roblox anymore because there are dangerous adults pretending to be her friend on the platform.

14. In addition to revoking my permission and explaining to my child the reasons behind that revocation, I also deleted the Roblox application from each of the computer tablets, and my wife deleted the application from her mobile device at the time.

15. After revoking my permission for my child to access and play on the Roblox platform, my child has not accessed the Roblox platform or made any purchases of Robux *with my knowledge*. I have not personally made any purchases or payments to Roblox, via the Apple AppStore or otherwise, since before the initiation of this litigation.

16. My debit card information linked to my Wells Fargo checking account is saved as the payment method on my child's Apple iPhone. My CashApp payment information was saved on the computer tablets and my wife's prior mobile device. My child is given permission to make small purchases through the Apple AppStore from time to time. However, that permission is not extended to make purchases of Robux or any other transaction related to Roblox.

17. I do not recall providing instructions to my child specifically related to purchases made on Roblox. Generally, I have instructed my children to ask for my permission or my wife's permission prior to making any purchases online using our payment information.

18. I did not remove saved credit card information on any Roblox accounts as I believed that revoking my permission to access the platform entirely would be sufficient.

19. The last purchase of Robux that I can recall having personally made with knowledge was prior to discovering inappropriate communications between my child and an adult individual on Roblox sometime around June of 2022. I

3

1  believe that purchase was made with cash for a Robux gift card. I do not recall the
2  retail location or amount of Robux that was purchased.

3      20.    At no point did I have knowledge of transactions, purchases, or
4  payments made to or from Defendant Roblox Corporation subsequent to the
5  initiation of this litigation. I have no knowledge of any purchases for Robux or
6  other goods or services on the Roblox platform that were made with my debit/credit
7  card on the dates July 12, 2024; September 8, 2023; December 10, 2023; December
8  3, 2023; November 20, 2023; or August 3, 2023.

9      21.    In reviewing my payment statements as a result of this litigation and
10 the discovery requests made by the Defendant Roblox Corporation, I have now
11 become aware of transactions that have been documented on both my Wells Fargo
12 checking account statements and my transaction history through the payment
13 platform CashApp. Prior to searching for this information, I had not examined these
14 records thoroughly enough so as to discover these transactions contemporaneously
15 with their occurrence or prior to this litigation. I had no knowledge of these
16 transactions or any other transactions related to Roblox after June of 2022 at the
17 time they were made.

18     22.    A Wells Fargo checking account was opened in 2023 and closed in
19 January of 2024 to consolidate my account and my wife's account. Prior to opening
20 this account, I banked with US Bank and Redwood Credit Union. I no longer have
21 access to these accounts and am not able to review transaction history or statements
22 associated with those bank accounts. I have tried to access these accounts through
23 the bank's mobile application and through their website. I have contacted the bank
24 to inquire about accessing the records and statements documenting transactions on
25 these accounts and was told that I am no longer able to access those records because
26 of the length of time it has been since the accounts were closed. The consolidated
27 checking account with Wells Fargo that is in my wife's name was opened in
28 January of 2024.

23. I do not currently possess a credit or debit card with numbers that end in ▇▇▇▇. I have no recollection of ever possessing a debit or credit card ending in ▇▇▇▇. I do not have any recollection or knowledge of possessing a credit card or bank account associated with a card ending in ▇▇▇▇. I have no knowledge of any transaction with Roblox using a credit or debit card ending in ▇▇▇▇.

24. I submit this declaration in opposition to Defendant's Renewed Motion to Compel Arbitration.

I, Damien Uhl, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 8, 2025

ANDREWS & THORNTON

By: _____
Damien Uhl
Plaintiff