ANNE ANDREWS (Bar No. 103280)
aandrews@andrewsthornton.com
SEAN T. HIGGINS (Bar No. 266888)
shiggins@andrewsthornton.com
ROBERT S. SIKO (Bar No. 312856)
rsiko@andrewsthornton.com
ZACHERY BIERSCHEID (Bar No. 351647)
zbierscheid@andrewsthornton.com
**ANDREWS & THORNTON**
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Telephone:    (949) 748-1000
Facsimile:    (949) 315-3540

ALEXANDRA WALSH
awalsh@anapolweiss.com
PATRICK HUYETT *(Pro Hac Vice forthcoming)*
phuyett@anapolweiss.com
**ANAPOL WEISS**
14 Ridge Square NW, 3rd Floor
Washington, DC 20036
Telephone:    (202) 780-3014
Facsimile:    (215) 735-2211

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN UHL and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBLOX CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**Supplemental Declaration of Damien Uhl** |

1    I, Damien Uhl, declare and state as follows:

2

3    1.    I am a named Plaintiff in this litigation against the Roblox Corporation
4 as a parent of a child who has registered an account on the Roblox platform.

5    2.    At the time my child's account was created, it was done so with my
6 permission, and my email address, ▓▓▓▓▓▓▓▓▓▓▓▓ was linked to my
7 child's account. In a previous declaration, dated January 8, 2025, my email address
8 was misspelled as ▓▓▓▓▓▓▓▓▓▓▓▓ The correct spelling of my email
9 address is ▓▓▓▓▓▓▓▓▓▓▓▓

10    3.    I dispute personally making transactions identified in lines 2-36 on the
11 spreadsheet provided by Roblox's counsel bates numbered as
12 ROBLOX_00000011.

13    4.    Prior to discovering my daughter's inappropriate relationship with an
14 adult posing as a child on Roblox in June of 2022, I would occasionally purchase
15 gift cards for my children to use as gifts for birthdays and holidays. After
16 discovering that Roblox was not safe for my child to use in June of 2022, I did not
17 purchase any more gift cards for my child to use on the Roblox platform. I do not
18 recall specifically purchasing any of the gift cards listed on the document provided
19 by Roblox's counsel bates numbered as ROBLOX_00000001 I have never
20 personally redeemed any gift card codes on the Roblox platform, and I dispute
21 having personally redeemed any of the gift card codes listed on the document bates
22 numbered as ROBLOX_00000001 provided by Roblox's counsel.

23    5.    I have searched my email inbox for email receipts from Roblox,
24 including searching for an email from or containing the address
25 "receipts+acct_852627125@stripe.com" or containing "reply-to: Roblox
26 info@roblox.com." There are no search results in my email from these senders. In
27 addition, a search of my email inbox for messages containing a reference to
28 "Roblox" revealed emails in my spam folder from the Google Play store, the last of

which was received November 7, 2022. I have not deleted any emails containing receipts from transactions with Roblox or any emails referencing Roblox since the start of this litigation. I will preserve any such emails if I discover their existence.

6. As previously stated, I no longer have access to review my account records from my now-closed Wells Fargo banking account. Prior to losing access to those records and after the start of this litigation, I was made aware of three transactions that were recorded on my account history that occurred on December 4, 2023, November 21, 2023, and August 4, 2023. I did not personally make those purchases and only became aware of those transactions on September 17, 2024 when preparing a personal declaration for purposes of this litigation.

7. I have also reviewed my Cash-App transaction history for purposes of this litigation and discovered more transactions that I did not personally make. Those transactions occurred on October 6, 2023, July 12, 2023, January 29, 2023, October 29, 2022, October 11, 2022, October 7, 2022, September 21, 2022, September 18, 2022, September 2, 2022, August 27, 2022, and January 18, 2022. I first became aware of those transactions on December 12, 2024 when preparing a personal declaration for purposes of this litigation.

8. I have searched through all of the debit and credit cards in my possession, and I do not currently possess a debit or credit card ending in ███. I have no recollection of having ever possessed a debit or credit card ending in ███. The bank records I have access to do not show a card ending in ███ and I have no recollection or knowledge of any transaction with Roblox using a debit or credit card ending in ███.

9. I have been asked if I recall any purchases made on the Roblox platform with cards ending in ███. I have no recollection or knowledge of personally making any transactions with Roblox using a debit or credit card ending in ███.

10. I submit this declaration in opposition to Defendant's Renewed Motion to Compel Arbitration.

I, Damien Uhl, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 5, 2025

ANDREWS & THORNTON

By: _____
Damien Uhl
Plaintiff