ANNE ANDREWS (Bar No. 103280)
aandrews@andrewsthornton.com
SEAN T. HIGGINS (Bar No. 266888)
shiggins@andrewsthornton.com
ROBERT S. SIKO (Bar No. 312856)
rsiko@andrewsthornton.com
ZACK BIERSCHEID (Bar No. 351647)
zbierscheid@andrewsthornton.com
**ANDREWS & THORNTON**
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Telephone:        (949) 748-1000
Facsimile:        (949) 315-3540

ALEXANDRA WALSH *(Pro Hac Vice)*
awalsh@anapolweiss.com
PATRICK HUYETT (*Pro Hac Vice* forthcoming)
**ANAPOL WEISS**
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia, PA 19103
Telephone:        (202) 780-3014
Facsimile:        (215) 735-2211

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN UHL, and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, a Delaware corporation<br><br>    Defendant. | Case No. 23-cv-01940-TWR-BLM<br><br>**DECLARATION OF ROBERT SIKO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION** |

I, Robert Siko, declare and state as follows:

1.     I am an attorney at Andrews & Thornton, AAL, ALC representing the Plaintiff Damien Uhl in the above-entitled action. I make the statements in this declaration based on my personal knowledge of the matters set forth below. If called as witness, I could and would testify competently to the matters stated herein.

2.     On October 15th, 2024,  I, joined by my associates Zachery Bierscheid and Patrick Huyett, conferred via video teleconferencing with counsel for Defendant Roblox. During the meet and confer, we agreed to respond to limited discovery requests made describing "when and how Plaintiffs made the Robux purchases they allege they made in the complaint," "describing Plaintiffs' role in creating their children's Roblox accounts," and verifying "the email addresses associated with those accounts."

3.     On October 16th, 2024, counsel for Defendant Roblox emailed a list of informal requests for responses pursuant to the parties' stipulation to conduct limited discovery ahead of a renewed motion to compel arbitration.

4.     Attached to this declaration as Exhibit A is a true and correct copy of the email thread requesting and arranging the meet and confer referenced above, as well as the informal discovery requests made of Plaintiff Damien Uhl by counsel for Defendant Roblox.

5.     Attached to this declaration as Exhibit B is a true and correct copy of plaintiff's opposition to Roblox Corporation's motion to dismiss in *Jane Doe v. Roblox Corporation* (ECF-33) (N.D. Cal. 2023, Case No. 3:21-cv-03943-WHO).

6.     Attached to this declaration as Exhibit C is a true and correct copy of the court's order granting preliminary approval of the Class Action Settlement. *Jane Doe v. Roblox Corporation* (ECF-67) (N.D. Cal. 2023, Case No. 3:21-cv-03943-WHO).

7.     I submit this declaration in opposition to Defendant's Motion to Compel Arbitration.

I, Robert Siko, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:      April 10, 2025

ANDREWS & THORNTON

By:  /s/ Robert Siko
        Robert Siko

Attorney for Plaintiffs

2