# EXHIBIT A

| | |
|---|---|
| **From:** | Elliott, Laura |
| **To:** | Huyett, Pat; Rob Siko; Wong, Kyle |
| **Cc:** | Zack Bierscheid; Bustos, Ariana E; Walsh, Alexandra; Morales, Ashley; Demas, Tiana |
| **Subject:** | RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference |
| **Date:** | Wednesday, October 16, 2024 10:58:12 AM |
| **Attachments:** | image001.png |

Hi Pat and team –

Per our conversation yesterday, below is a list of questions we believe should be answered prior to filing our renewed motion to compel arbitration:

1. The specific date and method of each Plaintiff's last Robux purchase
2. A list of all purchases identified on the payment spreadsheets associated with the relevant Roblox accounts that Plaintiffs dispute personally making
3. The specific date and method by which each Plaintiff revoked their permission for their children to purchase Robux
4. A description of the instructions Plaintiffs provided to their children with regard to Robux purchases prior to Plaintiffs' revocation of permission to purchase Robux and a description of the instructions Plaintiffs provided to their children when Plaintiffs revoked their permission for their children to purchase Robux
5. Whether and when Plaintiffs received notice (via email, bank/credit card statements, or otherwise) of all Roblox purchases made in connection with their children's accounts
6. Whether Plaintiff Uhl contends that the credit card purchases made on 12/10/23, 12/03/23, 11/20/23, and 8/03/2023 were made with his credit cards and whether he contends that those purchases were made without his knowledge or permission
7. What steps Plaintiffs took once they had revoked permission to play or purchase on Roblox, including but not limited to deleting the Roblox app off any devices, limiting access to the Roblox website or app, or deleting any credit card information on the Roblox platform.

Best,
Laura

**From:** Huyett, Pat <phuyett@anapolweiss.com>
**Sent:** Monday, October 14, 2024 7:37 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Bustos, Ariana E <ABustos@cooley.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Morales, Ashley <amorales@anapolweiss.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

Laura,

Thanks for confirming that Roblox is apparently now considering moving to compel arbitration under "earlier versions" of the terms that could have been but were not the subject of its initial motion, which relied solely on the August 2023 terms. On our call tomorrow, we'd also like to discuss the question that you chose not to answer—why did Roblox not seek the additional discovery it's now seeking before filing its initial motion to compel arbitration?  Why did Roblox not raise all the arguments available to it the first time around—instead of proceeding in this piecemeal, inefficient, and time-wasting process?

And thanks for sending those documents. Are those the exact documents on which Ms. Camarena relied for her declaration? Our understanding was that the documents on which she relied contained attorney comments or other work product. If Ms. Camarena relied on documents with attorney work product, please produce those exact documents, as well as a privilege log for any redactions. As you can imagine, we need to assess those privilege claims and also consider whether Roblox has waived privilege over that information.

Thanks,
Pat

**ANAPOLWEISS**

One Logan Square
130 North 18th Street | Suite 1600
Philadelphia, PA 19103
p: 215-825-3200 | f: 215-735-2211
phuyett@anapolweiss.com
www.anapolweiss.com

CONFIDENTIALITY NOTICE: This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Anapol Weiss by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Monday, October 14, 2024 7:36 PM
**To:** Huyett, Pat <phuyett@anapolweiss.com>; Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Bustos, Ariana E <ABustos@cooley.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Morales, Ashley <amorales@anapolweiss.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Pat –

Attached are the documents reflecting the payment history for the ████████ and ████████ accounts.

With regard to your other questions, as you know, there are multiple ways that Plaintiffs could have assented to Roblox's Terms (either the August 2023 version or earlier versions containing similar arbitration clauses), including by signing up for Roblox accounts, making Roblox purchases, verifying their emails, and receiving notification of the Terms and continuing to use Roblox with that notice. Discovery related to those various forms of assent is relevant to determining when and how Plaintiffs agreed to arbitrate their claims, and we believe the Court would benefit from having that information in deciding whether to retain jurisdiction.

We are happy to discuss these issues further on our call.

Best,
Laura

---

**From:** Huyett, Pat <phuyett@anapolweiss.com>
**Sent:** Monday, October 14, 2024 8:34 AM
**To:** Elliott, Laura <lelliott@cooley.com>; Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Bustos, Ariana E <ABustos@cooley.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Morales, Ashley <amorales@anapolweiss.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

---

Laura,

We'll send an invite for tomorrow at 12:00-12:30 CT. We also agree to keep confidential the documents showing Plaintiffs' purchases.

Thanks for describing the discovery you'll be seeking and your rationale for withdrawing your motion and seeking this discovery. We first note that we "declined" your request for Plaintiffs' declarations after you made that request just before our opposition was due and most of the work on it was completed.

Second, before the call, we would appreciate more details on why you are withdrawing the motion and now need this additional discovery. Roblox moved to compel arbitration under the Terms of Use "in effect as of August 1, 2023." Mot. 1; *see also, e.g., id.* 7-10 (detailing

"Roblox's August 2023 Terms" that "require arbitration of Plaintiffs' claims"). To support that position, Roblox relied on specific purchases and other actions that it claimed Plaintiffs made showing they assented to the August 2023 terms. As we explained before we filed our opposition, Plaintiffs' declarations would state that they did not make these purchases or take these other actions that were the basis of Roblox's motion. You now claim to need information beyond these purchases and actions, but we fail to see how that information is relevant to your motion to compel arbitration under the August 2023 Terms. Please explain how this information is relevant to Plaintiffs' assent to those specific terms and why you did not seek it before moving to compel arbitration in the first place.

Thanks,

Pat

ANAPOLWEISS

One Logan Square
130 North 18th Street | Suite 1600
Philadelphia, PA 19103
p: 215-825-3200 | f: 215-735-2211
phuyett@anapolweiss.com
www.anapolweiss.com

CONFIDENTIALITY NOTICE: This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Anapol Weiss by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

---

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Friday, October 11, 2024 1:15 PM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Bustos, Ariana E <ABustos@cooley.com>; Huyett, Pat <phuyett@anapolweiss.com>; Walsh, Alexandra <awalsh@anapolweiss.com>; Morales, Ashley <amorales@anapolweiss.com>; Demas, Tiana <tdemas@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Rob –

We're available to meet and confer on Tuesday from 10-11, 12-12:30, or 1-1:30 CT.  Let me know if any of those times work for you.

With regard to our withdrawal of the motion to compel, we are happy to discuss further on our call. As you know, we requested that Plaintiffs provide us with their declarations regarding their Robux purchases prior to your submission of the opposition, but Plaintiffs declined.  The declarations

Plaintiffs ultimately submitted do not provide a complete record of Plaintiffs' assent to Roblox's Terms.  For example, the declarations do not state when and how Plaintiffs made the Robux purchases they allege they made in the complaint, nor do they fully describe Plaintiffs' role in creating their children's Roblox accounts or their verification of the email addresses associated with those accounts.  We believe additional discovery related to those issues should be conducted prior to the Court's consideration of Roblox's motion.

With regard to the documents showing Plaintiffs' purchases, please confirm that Plaintiffs will keep any information shared by Roblox confidential and not use it for any purpose other than for this litigation.  Assuming you agree, we will provide these documents shortly.

Finally, with regard to the targeted discovery related to the motion to compel, we anticipate seeking documents and information related to Plaintiffs' assent to Roblox's Terms and arbitration clause, including, but not limited to:

- Emails receipts for the purchase of any Robux
- Emails related to Roblox's Terms, including notifications of any updates to those Terms
- Credit or debit card numbers used by Plaintiffs from the time of creation of their children's Roblox accounts to the present
- Credit/debit card statements, bank statements, or any other statements showing Robux purchases from the time of creation of their children's Roblox accounts to the present
- Addresses where Plaintiffs and their children have lived since the time of creation of Plaintiffs' children's Roblox accounts
- Identity and IP addresses of devices Plaintiffs' children used to access the Roblox platform

Best,
Laura

---

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Wednesday, October 9, 2024 3:11 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

---

Laura,

Thanks for your email. We'd like to schedule a call to meet and confer about your planned withdrawal of the motion and what discovery you anticipate seeking in connection with any

renewed motion. We can discuss further when we speak, however we are surprised by the decision to withdraw your motion two weeks after our opposition was filed and a week before your reply is due. Before you filed your motion, we provided you with all the information you claimed was necessary for your motion, and before we filed our opposition, we told you what plaintiffs' declarations would say. It is difficult to see this as anything other than a tactic to further delay the adjudication of this case.

We are happy to meet with you for a Rule 26(f) conference—I suggest we combine the topics and tackle the meet and confer prior to going down the Rule 26(f) checklist. The rest of the week is a little tight but Monday or Tuesday are more open. I could do Friday, but it would have to be late afternoon. Can you provide your availability on those days? Regarding the arbitration-related discovery you wish to take, we still have not received the document mentioned on our prior call that provided the support for Ms. Camarena's declaration. We were told it would take approximately a week to produce a copy without attorney notes/work-product and it has now been two weeks. Please provide a copy as soon as possible.

Before we speak, it would also be helpful to understand what targeted discovery you have in mind as the timing of that will play into the Rule 26(f) discussion. Presumably you already have something in mind given that it is the basis for your decision to pull the motion. Please let us know.

Thanks,

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rsiko@andrewsthornton.com
Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
Thank you.

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Tuesday, October 8, 2024 11:37 AM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>

**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Rob and team –

After reviewing Plaintiffs' declarations submitting in support of their opposition to Roblox's Motion to Compel Arbitration (the "Motion"), we believe that the Motion would benefit from targeted discovery related to Plaintiffs' assent to Roblox's Terms and arbitration clause.  We therefore plan to withdraw our pending Motion and will refile after the parties complete that limited discovery.

To that end, please let us know your availability this week for a Rule 26(f) conference. As previously agreed, we will plan to discuss a phased discovery  plan with the initial phase limited to the issue of Plaintiffs' assent to Roblox's Terms and arbitration clause with any merits discovery stayed until after a decision on Roblox's motion to compel arbitration and, if not mooted, its motion to dismiss.

Best,
Laura

---

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Tuesday, September 24, 2024 8:30 AM
**To:** Elliott, Laura <lelliott@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

---

Thanks, Laura. We'll send an invite.

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540

Email: rsiko@andrewsthornton.com

Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.

It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.

Thank you.

-------- Original message --------

From: "Elliott, Laura" <lelliott@cooley.com>

Date: 9/23/24 6:19 PM (GMT-08:00)

To: Rob Siko <rsiko@andrewsthornton.com>, "Wong, Kyle" <kwong@cooley.com>

Cc: Zack Bierscheid <zbierscheid@andrewsthornton.com>, "Carlson, Kevin" <ktcarlson@cooley.com>, Patrick Huyett <phuyett@alexwalshlaw.com>, Alexandra Walsh <awalsh@alexwalshlaw.com>, Ashley Morales <amorales@alexwalshlaw.com>, "Demas, Tiana" <tdemas@cooley.com>, "Saldaña, Robby L.R." <rsaldana@cooley.com>

Subject: RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Rob –

Again, we disagree that Plaintiffs are entitled to commence discovery on the merits given the pending motion to compel arbitration, and we will not discuss such discovery at this stage.  However, we will join a call tomorrow at 1pm ET to discuss the need, if any, for discovery related to the motion to compel arbitration and next steps in that regard.  We believe a constructive conversation between the parties on this issue will conserve both the parties' and the court's resources.

Please circulate an invite.

Best,
Laura

---

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Monday, September 23, 2024 2:35 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>

**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

Laura,

Thanks for your email. Making your participation in a Rule 26(f) conference contingent upon the provision of our clients' declarations is neither productive nor in keeping with the federal rules. There is also no provision for a "limited" Rule 26(f) conference—I assume you would make your initial disclosures limited on that basis as well; again, there is no provision in the rules for this. Your request for information from our plaintiffs actually underscores the point that both sides need to be free to serve discovery requests.

In any case, thank you for confirming your refusal to engage in a mandatory Rule 26(f) conference compliant with the provisions of that rule. We will plan on attending a call tomorrow at 1PM Eastern prepared to engage in a Rule 26(f) conference as the rules require. We hope that you will reconsider your position between now and then so that we can avoid seeking court intervention on the matter.

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rsiko@andrewsthornton.com
Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
Thank you.

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Monday, September 23, 2024 9:58 AM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>

**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Rob –

Given the pending motion to compel and the Court's Order staying the Motion to Dismiss, we do not believe the parties should engage in any discovery beyond that related to arbitrability.  If you agree to that limitation and are also willing to provide your declarations regarding your clients' Robux purchases, we are happy to discuss holding a 26(f) conference directed solely toward discovery related to Plaintiffs' assent to the Roblox Terms of Service.   Please let us know if that works for you.

Best,
Laura

---

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Friday, September 20, 2024 2:33 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

## [External]

---

Thanks, Laura.

I appreciate your position but the language in FRCP 26(f) is clear: "the parties must confer as soon as practicable". In all candor, both sides have been lax in not holding the conference to this point. We'd like to change that immediately.

If you are available Monday from 11-12 EST or Tuesday from 1-2 EST for a Rule 26(f) conference, please advise so. If not, we will be declining to meet and confer about some specialized discovery procedures (which would require court approval) when the better solution—which also happens to be required under the federal rules—is equally available. We can prioritize a discussion of discovery relevant to arbitration as part of the conference if you decide to attend in that capacity.

Best,

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300

Newport Beach, California 92660

Tel: (949) 748-1000

Fax: (949) 315-3540

Email: rsiko@andrewsthornton.com

Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.

It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.

Thank you.

**From:** Elliott, Laura <lelliott@cooley.com>
**Sent:** Friday, September 20, 2024 12:13 PM
**To:** Rob Siko <rsiko@andrewsthornton.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** RE: Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

Hi Rob –

We think a Rule 26(f) conference is premature, but we are happy to continue to confer about next steps for discovery related to Plaintiffs' assent to arbitration.  We are available Monday from 11-12 EST and Tuesday from 1-2 EST.  Please circulate an invite.

Best,
Laura

**From:** Rob Siko <rsiko@andrewsthornton.com>
**Sent:** Tuesday, September 17, 2024 3:26 PM
**To:** Elliott, Laura <lelliott@cooley.com>; Wong, Kyle <kwong@cooley.com>
**Cc:** Zack Bierscheid <zbierscheid@andrewsthornton.com>; Carlson, Kevin <ktcarlson@cooley.com>; Patrick Huyett <phuyett@alexwalshlaw.com>; Alexandra Walsh <awalsh@alexwalshlaw.com>; Ashley Morales <amorales@alexwalshlaw.com>; Demas, Tiana <tdemas@cooley.com>; Saldaña, Robby L.R. <rsaldana@cooley.com>
**Subject:** Murphy v. Roblox Corp., No. 23-cv-01940 (S.D. Cal.) - Rule 26(f) conference

**[External]**

Counsel,

Thank you for the call earlier today. As discussed, we'd like to schedule our Rule 26(f) conference. We have the following dates and times available. Please let us know which of these blocks may work for you.

Wednesday, September 18th

- 3:00PM - 4:00PM EST

Friday, September 20th

- 3:00PM - 4:30PM EST

Monday, September 23rd

- 11:00AM - 12:00PM EST

Tuesday, September 24th

- 1:00PM - 2:00PM EST
- Anytime after 3:30PM EST

Thanks,

Rob Siko
*Partner*

ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, California 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: rsiko@andrewsthornton.com
Website: www.andrewsthornton.com

THIS IS A CONFIDENTIAL COMMUNICATION.

It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.

Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.